FREE SYNAGOGUE OF FLUSHING et al., Appellants, v. BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Respondents, et al., Defendants.—

Christ, P. J., Hopkins, Martuscello and Latham, JJ., concur; Benjamin, J., not voting.